AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

GREGORY A. HUGHES,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:11-cv-00617-RCJ-WGC**

BANK OF AMERICA, N.A., et al.,

      Defendants.

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' motions to dismiss (Dkt. No. 5) and expunge lis pendens (Dkt. No. 6) are GRANTED.
      **FURTHER ORDERED AND ADJUDGED** that the Court *sua sponte* dismissed the remaining defendants from this case without leave to amend.

   February 24, 2012                         **LANCE S. WILSON**
                                                   Clerk

                                                    /s/ Katie Lynn Ogden
                                                         Deputy Clerk